UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH CONNAUGHTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No. 3:17-cv-05712-EMC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Lucy M. Koh for consideration of whether the case is related to 5:17-cv-05613-LHK Hyde et al v. Ford Motor Company.

**IT IS SO ORDERED.**

Dated: October 25, 2017

_____
EDWARD M. CHEN
United States District Judge